IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HERMANEK,<br><br>Defendant.<br>_____/ | No. CR 94-00427 WHA<br><br>**ORDER RE MOTION TO VACATE JUDGMENT IN A CRIMINAL CASE** |

On September 26, 2008, defendant filed a motion titled "Motion/Demand To Vacate Void 'Judgment in a Criminal Case' and to Dismiss Case No. 3:94-cr-0427 for Lack of Subject Matter Jurisdiction and Fraud (as contemplated at FRCP 12(h)(3) & 60(b)(4)(6)) Based on 'Verified Statement of Facts."

The 57-page motion is vague and difficult to comprehend but appears to argue that the United States District Court that entered defendant's judgment of conviction lacked jurisdiction to do so because it was not lawfully established by the federal government as an Article III court and/or is not within the territorial jurisdiction of the United States. The motion also asserts that the complaint or indictment failed to set forth the basis for the Court's subject matter jurisdiction; that prosecution failed to exhaust some (unspecified) administrative remedies; that the "Judgment in a Criminal Case" was not properly authenticated; and other contentions that this Court is unable to comprehend.

This order finds that defendant's motion sets forth no basis by which the Court may vacate or void the judgment in this case. Therefore, defendant's motion to vacate or void the judgment is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 30, 2008


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

G:\WHAALL\1994Crm\94-0427 Hermanek\Order re motion to vacate2.wpd